UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Carmen Virella, | : |
| | : |
| | : Civil Action No.: 1:11-cv-05333-RRM-JMA |
| Plaintiff, | : |
| v. | : |
| | : |
| Accounts Receivable Management, Inc.; and DOES 1-10, inclusive, | : |
| | : |
| Defendant. | : |

## NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE
## <u>PURSUANT TO RULE 41(a)</u>

Carmen Virella ("Plaintiff"), by Plaintiff's attorney, hereby withdraws the complaint and voluntarily dismisses this action, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: February 28, 2012

                                                  Respectfully submitted,

                                                  By: /s/ Sergei Lemberg

                                                  Sergei Lemberg (SL 6331)
                                                  Lemberg & Associates L.L.C.
                                                  1100 Summer Street, 3rd Floor
                                                  Stamford, CT 06905
                                                  Telephone: (203) 653-2250
                                                  Facsimile: (203) 653-3424
                                                  Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

      I hereby certify that on February 28, 2012, a true and correct copy of the foregoing Notice of Withdrawal was served electronically by the U.S. District Court for the Eastern District of New York Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                    By /s/ Sergei Lemberg

                                        Sergei Lemberg